UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                      Plaintiff,                                REPORT AND
                                                                                                                     RECOMMENDATION
       -against-                                  21 CV 4928 (DG)(RML)

ABRAHAM HERNANDEZ, individually and
d/b/a/ LA CALENITA PANADERIA
COLOMBIANA; and BALO BAKERY CORP.,
an unknown business entity d/b/a LA
CALENITA PANADERIA COLOMBIANA,

                     Defendants.
-------------------------------------------------------------X

LEVY, United States Magistrate Judge:

        By order dated December 27, 2021, the Honorable Diane Gujarati, United States District Judge, referred plaintiff's motion for default judgment to me for report and recommendation. I issued a Report and Recommendation on June 14, 2022, recommending that the motion be denied on the ground that the allegations in the Complaint did not align with the description of the facts in the motion for default judgment and accompanying documents, and Judge Gujarati adopted that Report and Recommendation on June 30, 2022.

        Plaintiff has not filed an amended complaint or any other motion or submission since then, and on January 23, 2023, I directed plaintiff's counsel to file a letter with the court by February 5, 2023 explaining why this case should not be dismissed. Plaintiff has not responded or contacted the court.

        Accordingly, I respectfully recommend that this case be dismissed for lack of prosecution. Any objection to this Report and Recommendation must be filed electronically, with a courtesy copy to Judge Gujarati, within fourteen (14) days. Failure to file objections

within the specified time period waives the right to appeal the district court's order.  See 28

U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b), 6(a), 6(d).

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  ROBERT M. LEVY
                                                  United States Magistrate Judge

Dated:  Brooklyn, New York
        April 3, 2022